**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                       CASE NO. 3:00cr11/RV

ISAAC CLARK

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   June 23, 2006
Motion/Pleadings:  MOTION to Set Aside Judgment
Filed by   Defendant         on 5/8/2006       Doc.#   131
RESPONSES:
                                            on              Doc.#
                                            on              Doc.#
\_\_\_\_ Stipulated   \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed   \_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                            s/Jerry Marbut
LC (1 OR 2)                      Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this   27th day of   June  , 2006, that:*
*(a) The relief requested is DENIED, for lack of jurisdiction and on the merits.*
*(b)*

                                       /s/ *Roger Vinson*
                                       *ROGER VINSON*
                                 *Senior United States District Judge*