# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                            CASE NO.   3:00cr11/RV

ISAAC CLARK

**REFERRAL AND ORDER**

Referred to Judge Vinson on  11/29/2006
Type of Motion/Pleading MOTION FOR RELIEF FROM JUDGMENT
Filed by: Defendant Clark    on 11/16/06    Doc. No. 157
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
                                           on _____ Doc. No. _____
                                           on _____ Doc. No. _____
                                           WILLIAM M. McCOOL, CLERK OF COURT

                                           Deputy Clerk: Val Harmon

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  30th  day of  November , 2006, that:

(a)  The requested relief is DENIED.

(b)  I have thoroughly reviewed the record in this matter again, and if given the Rule 35 motion to consider anew, I would probably determine that a lesser reduction in sentence would be appropriate.

                                               /s/ *Roger Vinson*
                                             ROGER VINSON
                                             SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                                             Document No.